# ATTACHMENT

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF ALLEGHENY



## Civil Action Hearing Notice

| | |
|---|---|
| Mag. Dist. No: | MDJ-05-2-27 |
| MDJ Name: | Honorable Eugene Ricciardi |
| Address: | 1700 East Carson Street<br>3rd Floor, Maul Building<br>Pittsburgh, PA 15203 |
| Telephone: | 412-481-0616 |

Karin McGraw
VA Pittsburgh Healthcare System
University Drive Campus
Pittsburgh, PA 15240

Kenneth E. Ault
v.
Karin McGraw

Docket No: MJ-05227-CV-0000189-2016
Case Filed: 12/13/2016

A civil complaint has been filed against you in the above captioned case.

A Civil Action Hearing has been scheduled to be held on/at:

| Date: Tuesday, January 24, 2017 | Place: Magisterial District Court 05-2-27, Pittsburgh |
|---|---|
| Time: 8:45 AM | 1700 East Carson Street<br>3rd Floor, Maul Building<br>Pittsburgh, PA 15203<br>412-481-0616 |

### Notice To Defendant

If you intend to enter a defense to this complaint, you should so notify this office immediately at the above telephone number.

You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

Pursuant to Pa.R.C.P.M.D.J. No. 342(B)(2), no claim by the defendant will be permitted in a supplementary action filed for failure of judgment creditor to enter satisfaction.

### Notice To Plaintiff

Pursuant to Pa.R.C.P.M.D.J. No. 319, you or your attorney will be notified if the defendant gives notice of his/her intention to defend.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

---

MDJS 308     1     Printed: 12/13/2016 10:34:25AM

Si usted necesita un intérprete, llame al tribunal inmediatamente al teléfono listado arriba.

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF: ALLEGHENY**

**CIVIL COMPLAINT**

Magisterial District Number: 05-2-27
MDJ Name: Hon. Eugene Ricciardi
Address: 1700 East Carson Street, 3rd Floor
Pittsburgh, PA 15203
Telephone: (412) 481-0618

**PLAINTIFF:** NAME and ADDRESS
Kenneth E. Ault
65 Miller Drive
Indiana, PA 15701

VS.

**DEFENDANT:** NAME and ADDRESS
Ms. Karin McGraw
VA Pittsburgh Healthcare System
University Drive Campus
Pittsburgh, PA 15240

Docket No.: CV-189-16
Date Filed: 12/13/16

|  | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ 87.00 | 12/13/16 |
| POSTAGE | $ 7.00 | 12/13/16 |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ | |

*Social security numbers and financial information (e.g. PINS) should not be listed. If the identity of an account number must be established, list only the last four digits. 204 Pa.Code §§ 213.1 - 213.7.*

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

TO THE DEFENDANT: The above named plaintiff(s) seek judgment against you for $ 444.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

I have received eye examination, glasses from the VA between 2002-2009. The VA states my examination are complete. This statement is untrue. The Pittsburgh/Butler VA health Care facilities have never conducted photographic retinal examinations of my eyes. Due to these incomplete examinations, I must use non VA services.
I'm requesting the VA to compensate me due to the VA's lack of complete eye examination in using Retinal photography in my examinations. In addition, I ask to court to order the VA to produce all evidence of Retinal photography use in my eye and claim examinations during the above time frame.

I, Kenneth E. Ault verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

724-546-2157
Signature of Plaintiff or Authorized Agent
Kenneth E. Ault

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1.

IF YOU INTEND TO ENTER A DEFENSE TO THIS COMPLAINT, YOU SHOULD SO NOTIFY THIS OFFICE IMMEDIATELY AT THE ABOVE TELEPHONE NUMBER. YOU MUST APPEAR AT THE HEARING AND PRESENT YOUR DEFENSE. UNLESS YOU DO, JUDGMENT MAY BE ENTERED AGAINST YOU BY DEFAULT.

If you have a claim against the plaintiff which is within magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five (5) days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

AOPC 308A-11

# COMMONWEALTH OF PENNSYLVANIA



### COUNTY OF ALLEGHENY

**EUGENE RICCIARDI**
Magisterial District Judge

**DISTRICT COURT 05-2-27**
1700 E. Carson Street 3rd Floor
Pittsburgh, PA 15203

TEL 412-481-0616
FAX 412-481-1997

# CIVIL COMPLAINT
## IMPORTANT INFORMATION – PLEASE READ

**PLEASE NOTE HEARING DATE AND TIME CAREFULLY.** It is expected that each party will make arrangements to be present for their hearing. **Requests for postponements will be considered ONLY if submitted in writing at least (5) business days prior to the scheduled hearing date. No telephone requests will be granted.**

Please CHECK IN at the window upon arriving for your hearing. A verdict or Default Judgment may be entered against ANY party that fails to appear fifteen (15) minutes after their scheduled hearing time. Cases will be decided solely on evidence presented in the courtroom. Please bring any evidence or proof necessary to your case.

---

**DEFENDANT: If you intend to enter a defense to this complaint, you must notify this office immediately at the above telephone number.** You must then appear at the hearing and present your defense. Unless you do, a Default Judgment may be entered against you for the full amount of the complaint, plus court costs.

**PLAINTIFF:** Defendants in Civil cases must notify this office if they are going to attend the hearing. Once they notify us, you will receive a "Notice Of Intent To Defend" via mail, and you will be required to appear. If you DO NOT receive this notice, you DO NOT need to appear for the hearing. The judge will enter a "Default Judgment for Plaintiff" disposition **provided that the defendant has been served.** If you are unsure if you need to appear, please call this office prior to the scheduled hearing date.

MAGISTERIAL DISTRICT COURT
MAUL BUILDING, SUITE 300
1700 EAST CARSON STREET
PITTSBURGH, PA 15203

CERTIFIED MAIL

9214 8969 0099 9790 1201 6299 81

15240-100193

Mailed From 15203
12/13/2016
032E 0051035240

Batch #: 9
Article #: 92148963009997901201629981
Date/Time: 12/13/2016 10:40:42 AM
Code: CV-189-16

Internal File #:
Internal Code: